UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MINDY JEWELDEAN ROSIN,

        Plaintiff,        CASE NUMBER: 10-11742
                                HONORABLE VICTORIA A. ROBERTS

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER

On June 8, 2010, the Court ordered Plaintiff to show cause that the Court had jurisdiction under 42 U.S.C. §405(g). On June 15, 2010, Plaintiff filed an Amended Complaint stating that the Appeals Council issued a final denial of social security disability insurance benefits on March 5, 2010. Because Plaintiff's initial Complaint was filed within 60 days of that date, Plaintiff meets her burden to show that jurisdiction in this Court is proper.

**IT IS ORDERED.**

                                        s/Victoria A. Roberts
                                        Victoria A. Roberts
                                        United States District Judge

Dated: July 8, 2010

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on July 8, 2010.

s/Linda Vertriest
Deputy Clerk