UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MINDY JEWELDEAN ROSIN,**

        **Plaintiff(s),**         **CASE NUMBER: 10-11742**
                                          **HONORABLE VICTORIA A. ROBERTS**

**v.**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant(s).**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On June 7, 2011, Magistrate Judge Laurie J. Michelson submitted a Report and Recommendation (Doc. 17) recommending that the Court: (1) DENY Plaintiff's Motion for Summary Judgment (Doc. 10 ); and (2) GRANT Defendant's Motion for Summary Judgment (Doc. 15).

Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(2), it **ADOPTS** the Magistrate Judge's Report and Recommendation. The Court: (1) **GRANTS** Defendant's motion; and (2) **DENIES** Plaintiff's motion.

      **IT IS ORDERED**.

                                      S/Victoria A. Roberts
                                      Victoria A. Roberts
                                      United States District Judge

Dated: June 28, 2011

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 28, 2011.

s/Carol A. Pinegar
Deputy Clerk